# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 17-CV-61541-MARTINEZ/SNOW

**Plaintiff:**
MARKIJKE K. BOTTOME DE MARQUEZ

vs.

**Defendant:**
SILVERSEA CRUISES, LTD.

For:
Jonathan B. Aronson, Esq.
ARONSON LAW FIRM
7845 S.W. 53rd Place
Miami, FL 33143

Received by Metro Process Service, Inc. on the 3rd day of August, 2017 at 9:00 am to be served on **SILVERSEA CRUISES, LTD. c/o CT CORPORATION SYSTEM, Registered Agent, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Eric Deal, do hereby affirm that on the **4th day of August, 2017** at **3:00 pm**, I:

EFFECTED CORPORATE SERVICE by serving the within named corporation by delivering a true copy of the Summons In A Civil Action and Complaint For Damages and Demand For Jury Trial at the address of 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324 with the date and hour endorsed thereon by me to DONNA MOCH as AUTHORIZED AGENT / EMPLOYEE of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081 (3)(a).

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Eric Deal
S.P.S #336

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL 33130
(305) 374-7387
Our Job Serial Number: MPS-2017001944

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n





AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARIJKE K. BOTTOME de MARQUEZ <br><br> *Plaintiff(s)* <br> v. <br> SILVERSEA CRUISES, LTD. <br><br> *Defendant(s)* | Civil Action No. 17-cv-61541-MARTINEZ/Snow |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SILVERSEA CRUISES, LTD.
c/o CT CORPORATION SYSTEM, Registered Agent
1200 S. PINE ISLAND ROAD
PLANTATION, FLORIDA 33324

METRO PROCESS SVCE.
REC'D Donna Moch- Contact
SERVED CT Corp- l/A
DATE 8-4-17  TIME 3:00 p
PS ___ Friday
# 336

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan B. Aronson, Esq.
Aronson Law Firm
7845 SW 53 Place
Miami, Florida 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/03/2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts