UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 17-61541-CIV-MARTINEZ-SNOW

MARIJKE K. BOTTOME de MARQUEZ,

    Plaintiff,

vs.

SILVERSEA CRUISES, LTD.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff, by and through her undersigned counsel and hereby serves Notice that this matter has been amicably resolved with Defendant, SILVERSEA CRUISES, LTD. Plaintiff asks that this matter be dismissed, but that this Court retain jurisdiction to enforce the terms and conditions of the settlement.

DATED this 21st day of November, 2017.

    Respectfully submitted,
    ***s/Jonathan B. Aronson***
    Florida Bar No. 434116
    Jonathan B. Aronson, Esq.
    ARONSON LAW FIRM
    7845 SW 53 Place
    Miami, Florida 33143
    Telephone: (305) 662-1233
    Facsimile: (305) 662-1266
    Email: jaronson@aronsonlawfirm.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      *s/Jonathan B. Aronson*
      Jonathan B. Aronson, Esq.
      Florida Bar No. 434116
      ARONSON LAW FIRM
      7845 SW 53 Place
      Miami, Florida 33143
      Telephone: (305) 662-1233
      Facsimile: (305) 662-1266
      Email: jaronson@aronsonlawfirm.com

## SERVICE LIST

| | |
|---|---|
| Jeffrey E. Foreman, Esq. | Raul de la Heria, Esq. |
| Michael C. Gordon, Esq. | De la Heria & Associates |
| Paul Bagley, Esq. | 999 Ponce de Leon Boulevard |
| Foreman Friedman, P.A. | Suite 510 |
| One Biscayne Tower - Suite 2300 | Coral Gables, Florida 33134 |
| 2 South Biscayne Boulevard | Telephone: (305) 858-2808 |
| Miami, Florida 33131 | Facsimile: (305) 858-5540 |
| Telephone: (305) 358-6555 | Email: raul@delaheria.com |
| Facsimile: (305) 374-9077 | |
| *Attorneys for Defendant* | |